# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Kim Garland,

                Plaintiff,        Case No. 19-12854

v.                                 Judith E. Levy
                                   United States District Judge

Schindler Elevator Corp., *et al*,

                                  Mag. Judge Anthony P. Patti

                Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

On December 5, 2019, Plaintiff's attorney Howard J. Radner filed a motion to withdraw in this case. (ECF No. 10.) The Court granted Attorney Radner's motion on December 9, 2019. (ECF No. 12.)

The Court's December 9 Order stayed proceedings in this case for 30 days to allow Plaintiff to find new counsel. (*Id.*) If Plaintiff could not find new counsel, Plaintiff was ordered to notify the court on or before January 10, 2020 whether she wished to proceed without counsel or voluntarily dismiss her case. (*Id.*) On January 16, 2020, the Court issued a final Order for Plaintiff to advise the Court as to the status of her

representation no later than January 30, 2020, or face dismissal for failure to prosecute her case. (ECF No. 14.)

To date, Plaintiff has not responded to any of the Court's Orders and there have been no attorney appearances in this case since Mr. Radner's withdrawal.

Accordingly, pursuant to Eastern District of Michigan Local Rule 41.2, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: February 6, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2020.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager